THOMAS BOX v. BOARD OF ADJUSTMENT OF BOROUGH
OF TINTON FALLS.

January 21, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GERHARD J. SWEETMAN.

January 21, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES EVERETT LEE.

January 21, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL CANO.

January 21, 1987.

Petition for certification denied.